# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>MINNIE GUIDRY<br>SSAN: XXX-XX-2902<br><br><br><br><br>Debtor(s) | Case No. 14-32348-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Wednesday, September 3, 2014.

2. The debtor(s) §341 Meeting of Creditors was held Thursday, October 16, 2014.

(**X**) The Attorney's fee disclosure either was not filed, or there is some discrepancy between the disclosure and the plan.

(X) Debtor(s) was to amend Schedule I to reflect his present income. Debtor testified he has been laid off until February.
(X) Debtor(s) was to review percentage paid to unsecured creditors.
(X) Debtor(s) was to provide documentation to support his value of the 2007 Elantra.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Monday, November 10, 2014.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P. O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: Ch13Trustee@ch13mdal.com | Curtis C. Reding<br>Chapter 13 Trustee<br><br><br><br>By:/s/ *Tina J. Hayes* |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Monday, 10 November, 2014.

Copy to: DEBTOR(S)
JOSHUA C MILAM

/s/ *Tina J. Hayes*
Tina J. Hayes