IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: Minnie Guidry,            CHAPTER 13
       Debtor(s).            CASE NO. 14-32348

## OBJECTION TO CONFIRMATION

COMES NOW EZ Kredit Auto Sales, by and through counsel, and Objects to Confirmation of the Debtor's Plan and as grounds states the Debtor has non-exempt equity in property to which the Judgment Lien of the Creditor attaches, thereby making the claim of the Creditor partially secured. Specifically, the Debtor has approximately $1,025.00 of non-exempt equity in her 2007 Hyundai Electra, and possibly more, to which the Judgment Lien of the Creditor attaches.

WHEREFORE, the Creditor objects to confirmation of the Debtor's Plan as currently proposed.

/s/Richard C. Dean, Jr.
Attorney for EZ Kredit Auto Sales

OF COUNSEL
P.O. Box 1028
Montgomery, Alabama 36101-1028
334-264-2896
PJH

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| Minnie Guidry | Joshua C. Milam, Esq. | Mr. Curtis C. Reding, Trustee |
|---|---|---|
| 519 Main Street | 566 S. Perry Street | P.O. Box 173 |
| Millbrook, AL 36054 | Montgomery, AL 36104 | Montgomery, AL 36101 |

/s/ Richard C. Dean, Jr.
OF COUNSEL