UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 14-32348-DHW
 Chapter 13
MINNIE GUIDRY,

    Debtor.

## ORDER GRANTING MOTION TO DISMISS

The Trustee filed a Motion to Dismiss (Doc. #34) the above-referenced proceeding. The court held a hearing on the matter, and in accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED and the case is DISMISSED.

Done this 12th day of August, 2015.

*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
Joshua C. Milam, Attorney for Debtor
Curtis C. Reding, Trustee
All Creditors